# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **BRIAN PATRICK HARGISS** | ) | **CIVIL ACTION NO. 3:18-CV-01466** |
| | ) | |
| **VERSUS** | ) | **JUDGE TERRY A. DOUGHTY** |
| | ) | |
| **LASALLE CORRECTIONS, ET AL.** | ) | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL

**NOW INTO COURT,** through undersigned counsel, come Defendants, Gary Gilley, Sheriff of Richland Parish, Leighton Linder, and Darius Williams who, after due consideration, now wish to withdraw their Notice of Appeal of March 15, 2022.[1] Defendants also respectfully request that this Honorable Court order the Clerk of Court for the Western District of Louisiana to refund defense counsel, Jason P. Wixom, the sum of five hundred and five dollars ($505.00), paid by him in connection with aforementioned Notice of Appeal.[2]

                                              Respectfully submitted,

                                              FROSCH, RODRIGUE, ARCURI LLC

                                              *s/ Jason P. Wixom*
                                              BLAKE J. ARCURI (LSBN #32322)
                                              LAURA C. RODRIGUE (LSBN #30428)
                                              JASON P. WIXOM (LSBN #32273)
                                              1615 Poydras Street, Suite 1250
                                              New Orleans, Louisiana 70112
                                              Tel: (504) 592-4600 Fax: (504) 592-4641
                                              COUNSEL FOR DEFENDANTS
                                              Email: barcuri@fralawfirm.com
                                                          lrodrigue@fralawfirm.com
                                                          jwixom@fralawfirm.com

---

[1] R. Doc. 254.
[2] See Exhibit A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of March 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

                                                               s/ *Jason P. Wixom*