# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **BRIAN PATRICK HARGISS** | ) | **CIVIL ACTION NO. 3:18-CV-01466** |
| | ) | |
| **VERSUS** | ) | **JUDGE TERRY A. DOUGHTY** |
| | ) | |
| **LASALLE CORRECTIONS, ET AL.** | ) | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

**CONSIDERING** Defendant's Notice of Withdrawal which pertains to their Notice of Appeal, and finding the same to be good and sufficient;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Notice of Appeal be and is hereby withdrawn from this matter. It is further ordered that the Clerk of Court is to refund defense counsel, Jason P. Wixom, the sum of five hundred and five dollars ($505.00) within \_\_\_\_\_ days of the signing of this Order.

Thus done and signed, this _____ day of _____, 2022, in Monroe, Louisiana.

_____
THE HONORABLE TERRY A. DOUGHTY