**Jason Wixom**
___

| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| Sent: | Tuesday, March 15, 2022 9:20 AM |
| To: | Jason Wixom |
| Subject: | Pay.gov Payment Confirmation: LOUISIANA WESTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at 318-676-4227.

Account Number: 5652090
Court: LOUISIANA WESTERN DISTRICT COURT
Amount: $505.00
Tracking Id: ALAWDC-5029983
Approval Code: 44336Z
Card Number: ************3707
Date/Time: 03/15/2022 10:19:29 ET

Full Name of Attorney: Jason Paul Wixom
Your Full Name: Jason Paul Wixom
Your Telephone Number: 504-592-4600

NOTE: This is an automated message. Please do not reply



EXHIBIT A

1