# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **BRIAN PATRICK HARGISS** | **CASE NO. 3:18-CV-01466** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LASALLE CORRECTIONS L L C ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing Notice of Withdrawal of Notice of Appeal [Doc. No. 256] filed by Defendants,

**IT IS ORDERED** that the Motion is **DENIED**. Defendants must file this request with the United States Court of Appeals for the Fifth Circuit because this appeal has already been opened with that court and has been assigned a case number (USCA #22-30133).

MONROE, LOUISIANA, this 23rd day of March 2022.

Terry A. Doughty
United States District Judge