# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 11, 2022

Mr. Tony R. Moore
Western District of Louisiana, Monroe
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

No. 22-30133    Hargiss v. Gilley
                USDC No. 3:18-CV-1466

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc w/encl:
    Mr. James A. Rountree
    Mr. Jason Paul Wixom

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-30133

_____

A True Copy
Certified order issued Apr 11, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Brian Patrick Hargiss,

*Plaintiff—Appellee,*

*versus*

Gary Gilley, *Sheriff of Richland Parish*; Darius Williams;
Leighton Linder,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:18-CV-1466

_____

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of April 11, 2022, for want of prosecution. The appellant failed to timely order the transcript and make financial arrangements with the court reporter.

No. 22-30133

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT